IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOURCECF INC., SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C., MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS, FOUNDATION CARE L.L.C., and PHARMACEUTICAL SPECIALTIES, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 05-01938 WHA<br><br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　The parties' stipulation to continue the case management conference, presently set for July 14, 2005, is **DENIED**. Please submit a joint case management conference statement at least **SEVEN DAYS PRIOR** to the conference.

　　　**IT IS SO ORDERED.**

Dated: July 8, 2005.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE