IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

    Plaintiff,

  v.

SOURCECF INC., SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C., MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS, FOUNDATION CARE L.L.C., and PHARMACEUTICAL SPECIALTIES, INC.,

    Defendant.

No. C 05-01938 WHA

**ORDER SETTING CLAIM CONSTRUCTION SCHEDULE**

    The claim construction schedule proposed by the parties is adopted with the following modifications:

    July 28:    Disclosure of asserted claims and Preliminary Infringement Contentions;

    August 22:    Preliminary Invalidity Contentions;

    August 26:    Exchange of proposed perms and claim elements for construction;

    September 7:    Exchange of preliminary claim constructions and extrinsic evidence;

    September 21: Joint Claim Construction and Prehearing Statement due;

    September 22: Completion of claim construction discovery;

    September 28: Identification of the four disputed phrases to be construed;

1   October 5:     Rule 4-5(a) claim construction brief filed;

2   October 19:    Rule 4-5(b) claim construction brief filed;

3   October 26:    Rule 4-5(c) reply brief filed;

4   The technology tutorial shall be held on **OCTOBER 19, 2005 AT 1:30 P.M.**  Due to the Court's heavy trial calendar, however, the *Markman* hearing currently scheduled for **NOVEMBER 2, 2005 AT 1:30 P.M.** is continued until **NOVEMBER 16, 2005 AT 1:30 P.M.**

**IT IS SO ORDERED.**

Dated:  August 4, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2