United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

    Plaintiff,

  v.

SOURCECF INC., SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C., MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS, FOUNDATION CARE L.L.C., and PHARMACEUTICAL SPECIALTIES, INC.,

    Defendant.
                                             /

No. C 05-01938 WHA

**ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE**

      The deadlines set forth in the claim construction schedule are hereby **MODIFIED** as follows:

    July 28:      Disclosure of asserted claims and Preliminary Infringement Contentions;

    August 29:   Preliminary Invalidity Contentions;

    September 2:  Exchange of proposed terms and claim elements for construction;

    September 14: Exchange of preliminary claim constructions and extrinsic evidence;

    September 28: Completion of claim construction discovery;

    September 28: Joint Claim Construction and Prehearing Statement due;

    September 28: Identification of the four disputed phrases to be construed;

1   October 12:     Rule 4-5(a) claim construction brief filed;

2   October 19:     Technology Tutorial;

3   October 26:     Rule 4-5(b) claim construction brief filed;

4   November 2:    Rule 4-5(c) reply brief filed;

5   November 16: *Markman* hearing.

Good cause must be shown for any further requests for extensions.

**IT IS SO ORDERED.**

Dated:  August 22, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE