IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

    Plaintiff,

v.

SOURCECF INC., SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C., MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS, FOUNDATION CARE L.L.C., and PHARMACEUTICAL SPECIALTIES, INC.,

    Defendant.

No. C 05-01938 WHA

**ORDER VACATING CLAIM CONSTRUCTION SCHEDULE**

In light of the parties' joint representations that there is no dispute as to the meaning of any claim term, phrase or clause, the parties need not comply with the claim construction schedule previously set forth by orders dated August 4, 2005 and August 22, 2005. Specifically, the technology tutorial and *Markman* hearing, currently scheduled for **OCTOBER 19, 2005 AT 1:30 P.M.** and **NOVEMBER 16, 2005 AT 1:30 P.M.**, are **VACATED**. The parties are requested to submit a stipulated dismissal of all claims or otherwise update the Court on the status of their settlement on or before **NOVEMBER 7, 2005**.

**IT IS SO ORDERED.**

Dated: September 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE