1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

       Plaintiff,

   v.

SOURCECF INC., SOURCECF CLINICAL
RESEARCH & DEVELOPMENT, L.L.C.,
MAXOR NATIONAL PHARMACY
SERVICES CORPORATION d/b/a IV
SOLUTIONS, FOUNDATION CARE L.L.C.,
and PHARMACEUTICAL SPECIALTIES,
INC.,

       Defendant.

_____/

No. C 05-01938 WHA

**ORDER RESCHEDULING
HEARINGS**

     The hearings on defendants' motion for voluntary entry of a permanent injunction and plaintiff's cross-motion for judgment, currently noticed for November 10, 2005 and December 8, 2005, are **RESCHEDULED** so both motions may be heard simultaneously on **NOVEMBER 30, 2005 AT 2:00 P.M.**

     **IT IS SO ORDERED.**

Dated:  October 25, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE