IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

    Plaintiff,

  v.

SOURCECF INC., SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C., MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS, FOUNDATION CARE L.L.C., and PHARMACEUTICAL SPECIALTIES, INC.,

    Defendant.

No. C 05-01938 WHA

*AMENDED* **REQUEST FOR BRIEFING**

    The hearing on the pending cross-motions is currently scheduled for **NOVEMBER 30, 2005 AT 2 P.M.** Pursuant to Civil Local Rule 7–3, opposition briefs were due 21 days before the hearing (*i.e.*, on November 9) and any reply briefs were due 14 days before the hearing (*i.e.*, on November 16). Yet, neither reply brief has been submitted and the opposition to plaintiff's motion for judgment was only filed yesterday.

    In addition, the Court is extremely disappointed that the parties jointly represented that no claim construction was necessary because there was no dispute regarding any claim term, phrases or clauses. Both the technology tutorial and *Markman* hearing were taken off calendar in light of this joint representation. They will not be rescheduled. Accordingly, any briefing concerning the proper construction of the phrase "about 60 mg/ml" must be incorporated into

1  the reply briefs to the pending motions, which must be filed no later than **NOVEMBER 23, 2005**
2  **AT NOON**.
3      If the parties are able to resolve this dispute without the Court's assistance, a stipulated
4  dismissal of all claims may be filed in lieu of reply briefs. In any event, the parties shall jointly
5  update the Court on the status of their settlement discussions on or before **NOVEMBER 23, 2005**.

    **IT IS SO ORDERED.**

Dated: November 17, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2