| | |
|---|---|
| 1 | Gerald Sobel |
| 2 | Benjamin Hsing *(Pro Hac Vice)*<br>Jeffrey Horowitz *(Pro Hac Vice)* |
| 3 | KAYE SCHOLER LLP<br>425 Park Avenue |
| 4 | New York, New York 10022-3598<br>Telephone: (212) 836-8000 |
| 5 | Facsimile: (212) 836-8686 |
| 6 | Mark D. Petersen (State Bar No. 111956) |
| 7 | Lucas Huizar (State Bar No. 227111)<br>Nan E. Joesten (State Bar No. 191288) |
| 8 | FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 30th Floor |
| 9 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 10 | Facsimile: (415) 954-4480 |
| 11 | Attorneys for Plaintiff<br>CHIRON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION, | Case No. C 05-01938 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING AUDIO-VISUAL AND OTHER EQUIPMENT AND VISUAL AIDS TO BE ADMITTED FOR TRIAL** |
| vs. | |
| SOURCECF, INC.; SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C.; MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS; FOUNDATION CARE L.L.C.; and PHARMACEUTICAL SPECIALTIES, INC., | Trial Date: April 17, 2006<br>Time: 7:30 a.m.<br>Courtroom: 9, 19th floor<br><br>Honorable William H. Alsup |
| Defendants. | |

The following equipment will be allowed in the Courtroom for the purposes of trial in the above matter:

    1.    Laptop Computers;

    2.    An electronic projector(s) and projection screen;

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER RE EQUIP. TO BE ADMITTED FOR TRIAL
C 05-01938 WHA

19796\923246.1

3. Video Monitors;

4. Switch Boxes; and

5. Cabling.

**Concurrence in filing this document was obtained from Richard P. Doyle in compliance with General Order No. 45, Section X.**

**STIPULATED TO**:

DATED: April 10, 2006    FARELLA BRAUN & MARTEL LLP

By: ___/s/___
    Lucas W. Huizar

Attorneys for Plaintiff
CHIRON CORPORATION

DATED: April 10, 2006    JANSSEN DOYLE LLP

By: ___/s/___
    Richard P. Doyle

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: April 11, 2006

APPROVED
Judge William Alsup

_____
Hon. William H. Alsup
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER RE EQUIP. TO BE
ADMITTED FOR TRIAL
C 05-01938 WHA

- 2 -

19796\923246.1