CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

The Honorable WILLIAM H. ALSUP

Date: April 17, 2006

Case No. **C 05-01938 WHA**

Case Name: **CHIRON CORPORATION** v. **SOURCECF, INC. ET AL**

Plaintiff's Counsel: Benjamin Hsing; Jeffrey Horowitz; Sumir Sennik; Mark Petersen; Nan Joesten; Lucas Huizar

Defendant's Counsel: Richard Doyle, Jr; Howard Janssen; Neda Shabahang

Clerk: Dawn K. Toland              Court Reporter: Leo Mankiewicz

Trial Began: April 17, 2006        Further Trial: April 18, 2006 at 7:30am

Trial Motions Heard:                                    Disposition

1.
2.
3.

Other:

Plaintiff and defendant made opening statements.  Plaintiff called witnesses Dr. Peter Challoner, Keith Sledge (be video tape); Dr. Gerald Smaldone; and Michael Walters (by video tape).