# JANSSEN DOYLE LLP

ATTORNEYS AT LAW
2540 CAMINO DIABLO, SUITE 220
WALNUT CREEK, CA 94597
925.295-1805 PHONE - 925.295-1801 FAX

rdoyle@jd-law.com

April 23, 2006

Honorable William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, Ca 94104

       RE: *Chiron v. SourceCF et al.,*, Case No. c 05-01938

Dear Judge Alsup,

    At today's hearing, you asked when I first learned of Exhibits 215 and 216, in light of the questions I asked of Dr. Challoner. I responded to your inquiry, at that time, to the best of my recollection.

    Immediately upon returning to my office, I investigated this issue. Based on that investigation, I would like to clarify and correct statements made to the Court based on my investigation of the questions you raised in today's proceedings.

    As to the letter which is Exhibit No. 215, the facts as represented in Court are accurate. I have confirmed that this letter was received from PARI on Wednesday, April 19th in response to an email inquiry from Mr. Walters on April 19th. Neither Mr. Walters nor I had seen Exhibit No. 215 previously.

    My mistake, however, was my recollection that I received both letters in that fashion, and that is not correct based on my investigation.

    As to the letter which is Exhibit No. 216 (directed to the Division of Dockets Management of the Food and Drug Administration) a link to it was received via email by a paralegal in my office who, on April 13th, had requested any such letters from Mr. Walters; I followed the link and downloaded the letter from the internet on April 15th and, although I now have no personal recollection of when it was reviewed, I must have reviewed it prior to the start of trial on April 17th and prior to my cross examination of Dr. Challoner on that same day.

    You may recall that Mr. Walters testified that he had seen Exhibit No. 216 previously on the FDA website. I decided to further investigate if my office had prior knowledge of the letter, much as you requested of Chiron at the end of today's

proceedings.  A link to this letter was received by my office on January 23, 2006 from Mr. Walters.  Neither of us have a recollection of reviewing Exhibit No. 216 at that time.  The first time I recall reviewing this letter was after it was downloaded on April 15th.

    Mr. Walters and I will be available in the morning to respond to any inquiries you might have.

        Very truly yours,

        JANSSEN DOYLE llp
         /s/
        Richard P. Doyle, Jr.


cc:  Mark Petersen, Esq.

RPD/hs