IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SOURCECF, INC.; *et al.*,<br><br>    Defendants.<br>_____/ | No. C 05-01938 WHA<br><br>**NOTICE RE OPPOSITIONS TO PROPOSED FINDINGS OF FACT** |

    To clarify the previous instructions regarding proposed findings of fact, the parties are to include in their oppositions the proposed findings challenged verbatim. The parties should then indent and articulate the response. The parties, therefore, will have *twice* as long for their oppositions as for the proposed findings. For example, if a party submits proposed findings of twenty-five pages, the opposing party will have fifty pages to respond.

**IT IS SO ORDERED.**

Dated: April 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE