1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIRON CORPORATION,

        Plaintiff,

  v.

SOURCECF, INC.; *et al.*,

        Defendants.

                           /

No. C 05-01938 WHA

**ORDER RE PROPOSED
TRIAL EXHIBIT 72-A**

      The Court received plaintiff's letter today regarding a March 28 report containing test results produced by UNC.  The Court is concerned why defendants did not produce this document to plaintiff in time for trial.  This order thus requests that in addition to defendants' response to the proposed admission of the report as Trial Exhibit 72-A, defense counsel submit a sworn declaration indicating the following:

      1.     When defendants came into possession of the March 28 report.

      2.     When specifically Mike Walters came into possession of the report.

      3.     How this squares with Mike Walters' trial testimony about when he received the results.

Defendants must submit this declaration and their response by no later than **APRIL 27, 2006** at **NOON**.

      **IT IS SO ORDERED.**

Dated:  April 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE