IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION, | No. C 05-01938 WHA |
| Plaintiff, | |
| v. | **ORDER DEEMING TRIAL EXHIBIT 72-A IN EVIDENCE** |
| SOURCECF, INC.; *et al.*, | |
| Defendants. | |

Defendants have indicated that they do not object to the admission into evidence of proposed Trial Exhibit 72-A. This order hereby deems that exhibit in evidence.

**IT IS SO ORDERED.**

Dated: April 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE