| | |
|---|---|
| Gerald Sobel<br>Benjamin Hsing *(Pro Hac Vice)*<br>Jeffrey Horowitz *(Pro Hac Vice)*<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York  10022-3598<br>Telephone:  (212) 836-8000<br>Facsimile:  (212) 836-8686<br><br>Mark D. Petersen (State Bar No. 111956)<br>Nan E. Joesten (State Bar No. 191288)<br>Lucas Huizar (State Bar No. 227111)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Plaintiff<br>CHIRON CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SOURCECF, INC.; SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C.; MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS; FOUNDATION CARE L.L.C.; and PHARMACEUTICAL SPECIALTIES, INC.,<br><br>                    Defendants. | Case No.  C 05-01938 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME IN WHICH TO FILE APPEAL OF FINAL JUDGMENT** |

Pursuant to Fed. R. Civ. Proc. 58(c), Plaintiff and Defendants in the above-entitled matter hereby stipulate to extend the time for Plaintiff to file an appeal of the Final Judgment in this matter from June 15, 2006, until thirty (30) days after the Court rules on Defendants' Motion For Award Of Attorneys' Fees As An Exceptional Case, as provided for in Fed. R. App. Proc. 4(a)(4)(A).

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [~~PROPOSED~~] ORDER EXTENDING TIME
TO FILE APPEAL OF FINAL JUDGMENT
C 05-01938 WHA

19796\974269.1

1  **Concurrence to the filing of this document was obtained from Richard P. Doyle, Jr.**
2  **in compliance with General Order No. 45, Section X.**

4  IT IS SO STIPULATED.

5  DATED: June 14, 2005                           FARELLA BRAUN & MARTEL LLP

7  By: ___/s/___
                                                  Mark D. Petersen

   Attorneys for Plaintiff
9  CHIRON CORPORATION

11 DATED: June 14, 2005                           JANSSEN DOYLE LLP

13 By: ___/s/___
                                                  Richard P. Doyle

15                                                ATTORNEYS FOR DEFENDANTS

18 IT IS SO ORDERED.

   IT IS SO ORDERED
   [signature]
   Judge William Alsup

19 DATED: June 15, 2006                           _____
                                                  Hon. William H. Alsup
                                                  United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO FILE APPEAL OF FINAL JUDGMENT          - 2 -                              19796\974269.1
C 05-01938 WHA