Gerald Sobel
Benjamin Hsing *(Pro Hac Vice)*
Jeffrey Horowitz *(Pro Hac Vice)*
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8686


Mark D. Petersen (State Bar No. 111956)
Nan E. Joesten (State Bar No. 191288)
Lucas Huizar (State Bar No. 227111)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SOURCECF, INC.; SOURCECF CLINICAL RESEARCH & DEVELOPMENT, L.L.C.; MAXOR NATIONAL PHARMACY SERVICES CORPORATION d/b/a IV SOLUTIONS; FOUNDATION CARE L.L.C.; and PHARMACEUTICAL SPECIALTIES, INC.,<br><br>　　　　　Defendants. | Case No. C 05-01938 WHA<br><br>**PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION AND [~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND TIME IN WHICH TO APPEAL FINAL JUDGMENT**<br><br>Judge: Hon. William H. Alsup<br>Complaint Filed: May 10, 2005 |

　　　　Pursuant to Fed. R. App. Proc. 4(a)(5), Plaintiff moves the Court *ex parte* for an order extending the time for Plaintiff to file an appeal of the Final Judgment in this matter from the currently prescribed date of July 17, 2006, for an additional thirty (30) days until August 16, 2006. The Court previously set the time for appeal to be 30 days after the entry of the June 16, 2006 Order Denying Defendants Motion for Attorneys Fees, rather than 30 days after the May 16,

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

EX PARTE MOT. AND [~~PROPOSED~~] ORDER
GRANTING MOT. TO EXTEND TIME TO APPEAL
FINAL JUDGMENT

19796\990213.1

2006 entry of Judgment in the case, pursuant to Fed. R. Civ. Pro. 58 and Fed. R. App. Proc. 4(a)(4)(A)(iii).

Federal Rule of Appellate Procedure 4(a)(5)(A) expressly provides that

> [t]he district court may extend the time to file a notice of appeal if (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Good cause for extension of the time to file an appeal in this matter is evidenced by the parties' ongoing settlement discussions, where the settlement of this matter would promote judicial efficiency by negating the need for any appeal to be filed. Defendants concur with this Motion for an Extension and do not oppose the Motion.

Fed. R. App. Proc. 4(a)(5)(B) allows for the filing of an ex parte motion where the motion requesting the extension is "filed before the expiration of the time prescribed in [Federal Rule of Appellate Procedure] 4(a)(1) . . . unless the court requires otherwise." Local Rule 7-10 authorizes a party to file a motion ex parte where a Federal Rule authorizes such a filing under the circumstances, which is the case here.

**Concurrence to the filing of this document was obtained from Defendants' counsel Richard P. Doyle, Jr. in compliance with General Order No. 45, Section X.**

DATED: July 14, 2006                    FARELLA BRAUN & MARTEL LLP


By:       /s/
        Mark D. Petersen

Attorneys for Plaintiff
CHIRON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

EX PARTE MOT. AND [PROPOSED] ORDER
GRANTING MOT. TO EXTEND TIME TO APPEAL    - 2 -                    19796\990213.1
FINAL JUDGMENT

1  IT IS SO ORDERED.

DATED: July 16, 2006

Hon. William H. Alsup
United States District Court Judge

No more extensions after this one.

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

EX PARTE MOT. AND [PROPOSED] ORDER
GRANTING MOT. TO EXTEND TIME TO APPEAL   - 3 -   19796\990213.1
FINAL JUDGMENT